**Opinion issued January 9, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-23-00821-CV

————————————

## IN RE ADRIAN SIBLEY, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Adrian Sibley, has filed a petition for a writ of mandamus, challenging (1) the trial court's denial of her "pauper's affidavit" and (2) the trial court's subject-matter jurisdiction.[1]  Relator requests that the Court "grant [her] petition for [m]andamus [relief] and order the trial court to approve [her] pauper's

---

[1] The underlying case is *Walter William Haufler, Ladonna Florin Haufler, and Haifler Family Living Trust v. Adrian Sibley*, Cause No. 1214095, in the County Court at Law No. 1 of Harris County, Texas, the Honorable Audrie Lawton-Evans presiding.

affidavit . . . or in the alternative, order . . . the trial court . . . [to] set no bond or in the alternative, [hold] . . . the trial court has no subject-matter jurisdiction of [her] pauper's affidavit and the judgment."

We deny the petition. *See* TEX. R. APP. P. 52.8(a). All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Countiss, and Farris.